McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>LILO L. HARTFIELD,<br><br>　　　　　　　Defendant. | Case No. 1:20-po-00055-SAB<br><br>STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY DEADLINE |

　　　The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, and Defendant Lilo L. Hartfield, by and through his attorney, Assistant Federal Defender Matthew Lemke, hereby request and stipulate:

　　　1. On July 23, 2020, this Court set a Discovery Deadline of August 13, 2020. The National Park Service is currently awaiting lab analysis regarding the substances in this case. It is unknown when the substance analysis will be completed.

///
///
///
///
///
///

1

2. The government requests, and the defendant does not oppose, that the Court modify its discovery deadline from August 13, 2020 to October 16, 2020, in order to allow the government to produce any discovery related to the substance testing (including any lab reports, expert disclosures, etc.).

DATED: August 13, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Philip N. Tankovich
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney

DATED: August 13, 2020

/s/ Matthew Lemke
Matthew Lemke
Assistant Federal Defender
Counsel for Defendant, Lilo Hartfield

# O R D E R

IT IS HEREBY ORDERED that the original discovery deadline of August 13, 2020 be extended to October 16, 2020, to permit the government to produce any and all discovery related to the substance testing.

IT IS SO ORDERED.

Dated: **August 14, 2020**

UNITED STATES MAGISTRATE JUDGE