# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LILO L. HARTFIELD,<br><br>　　　　Defendant. | Case No. 1:20-po-00055-1-SAB<br><br>ORDER VACATING SEPTEMBER 17, 2020 MOTION HEARING |

On July 23, 2020, a minute order issued setting a motion schedule in this action. Motions were to be filed on August 20, 2020 and a motion hearing is set for September 17, 2020. The deadline to file motions has passed and neither party has filed motions. Accordingly, IT IS HEREBY ORDERED that the September 17, 2020 motion hearing is VACATED. The status conference set for September 17, 2020 shall remain on calendar.

IT IS SO ORDERED.

Dated: __**August 21, 2020**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1