PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 559-4000

Attorneys for the
    United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        v.<br><br>LILO HARTFIELD,<br><br>                 Defendant. | CASE NO.  1:20-po-00055-SAB<br><br>PARTIES' JOINT MOTION FOR WITHDRAWAL OF GUILTY PLEA AND DISMISSAL |

<u>Background</u>

In March 2020, Defendant Lilo Hartfield received three citations (9072710, 9072711, and 9072713) for possession of a controlled substance, in violation of 36 C.F.R. § 2.35(b)(2).

In November 2020, the parties entered into plea agreement (C.R. 19) (the "Agreement"). As part of the Agreement, defendant pleaded guilty to one citation (#9072710) for possession of a marijuana, in violation of 36 C.F.R. § 2.35(b)(2), and to perform the following:

(1) Pay a $500 fine and $10 Special Assessment;

(2) Not violate state, federal, or local law; and

(3) Serve a 1 year term of unsupervised probation.

In exchange for the defendant's performance of all conditions, the United States agreed to move the Court to allow the defendant to withdraw his guilty plea and dismiss this case (and all

three of the associated citations) with prejudice.

The Court a held a sentencing/ review hearing on November 18, 2021.  At the hearing, Counsel for the United States confirmed that the defendant had complied with each of the obligations set forth in the Agreement.

The parties agree that the defendant's successful completion of the terms of the Agreement, including his ability to remain law-abiding, present fair and just reasons for the withdrawal of her guilty plea under Federal Rule of Criminal Procedure 11(d)(2)(B).

Motion

In accordance with the Agreement, the parties now move the Court for the following relief:

1) That the Court find that defendant has provided a fair and just reason for withdrawal of his guilty plea;

2) That the defendant's Plea of Guilty be WITHDRAWN; and

3) That all charges in this case, including all three citations (9072710, 9072711, and 9072713), be DISMISSED WITH PREJUDICE.

Dated:  December 3, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:     /s/  Jeffrey A. Spivak
        JEFFREY A. SPIVAK
        Assistant U.S. Attorney


HEATHER WILLIAMS
Federal Defender

By:     /s/  Matthew Lemke
        MATTHEW LEMKE
        Assistant Federal Defender
        Attorney for Defendant

ORDER

The Court hereby finds that the defendant has shown a fair and just reason for the withdrawal of his guilty plea.  The Court therefore orders:

1) That the defendant's Plea of Guilty is WITHDRAWN; and

2) That all charges in this case, including all three citations (9072710, 9072711, and 9072713), are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **December 3, 2021**

UNITED STATES MAGISTRATE JUDGE